**Charles Ray KELLICK, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 10163.**

Missouri Court of Appeals, Springfield District.

April 23, 1976.

Ted M. Henson, Jr., Scott & Henson, Poplar Bluff, for movant-appellant.

John C. Danforth, Atty. Gen., W. Mitchell Elliott, Asst. Atty. Gen., Jefferson City, for respondent.

Before BILLINGS, C. J., and HOGAN and FLANIGAN, JJ.

BILLINGS, Chief Judge.

Appellant Charles Ray Kellick lodged this appeal from a denial of his Rule 27.26 motion to vacate sentences he is serving for burglary and stealing.[1] We affirm.

■ Appellant's single point is that the Circuit Court of Wayne County erred in not conducting an evidentiary hearing. The point does not state *wherein* and *why* the action of the trial court was error [Rule 84.04(d), V.A.M.R.], and we are not required to look to the argument portion of his brief to ascertain these matters. *Barber v. M.F.A. Milling*, 536 S.W.2d 208 (Mo.App. 1976), and cases cited therein.

■ Aside from the foregoing, we have examined appellant's motion and the trial court's findings and conclusions in denying the motion without conducting an evidentiary hearing. Alleged trial errors and conclusionary allegations in a post-conviction motion do not require an evidentiary hearing and it was not error for the trial court to deny appellant's motion without an evidentiary hearing. *Smith v. State*, 513 S.W.2d 407 (Mo. banc 1974) *cert. denied* 420 U.S. 911, 95 S.Ct. 832, 42 L.Ed.2d 841

---

1. We affirmed the conviction in appellant's direct appeal in *State v. Kellick*, 521 S.W.2d 166 (Mo.App.1975).

(1975); *Perryman v. State,* 506 S.W.2d 480 (Mo.App.1974).

Judgment affirmed.

All concur.